UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| JOSEPH VITALE AND JOANNA VITALE | ) | Case No. 11-36600 |
| | ) | |
| Debtors. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JOSEPH VITALE AND JOANNA VITALE**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $13,683.00 for 44.2 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) and actual and necessary costs in the amount of $159.40 from October 18, 2011, to the present.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. September 7, 2011, Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was held on October 5, 2011.

3. Debtors' schedules reflect a one-third ownership in a non-debtor entity that owned real estate located at 267 East Railroad Avenue, Unit 308, Bartlett, Illinois 60103 (the "**Property**") that could possibly benefit the unsecured creditors in this bankruptcy. Per Debtors' schedules, the property was worth $150,000.00 and was not subject to a mortgage. That information was confirmed at the 341 meeting.

4. On November 1, 2011, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to October 18, 2011.

5. On May 23, 2012, this Court entered an Order allowing the sale of the Property to Carie Dabdoub for $125,000.00.

6. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

7. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on October 18, 2011. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

8. Q&B drafted and presented a motion to retain Q&B as Trustee's General Counsel and began to prepare this motion for fees and costs. In addition, Q&B prepared and presented a motion to retain Lois West of Popowcer Katten Ltd. ("**Popowcer**") as accountant for Trustee. In connection with the foregoing, Q&B expended 5.7 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $2,380.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 2.1 |
| Sarah K. Baker | 1.2 |
| Colleen A. Greer | 1.4 |

2

QB\21683628.1

## B. ASSETS

9. As stated previously, the estate did not own the Property, but instead owned a non-controlling portion of the entity that owned the Property. Following negotiations with Trustee, the co-owners agreed to allow Trustee to sell the Property, retain $11,000.00 for expenses incurred in connection therewith, to disburse two-thirds of the balance to the co-owners, and to retain the $33,050.59 (one-third of the net proceeds) for the estate. *See* Trustee's Report of Sale (Dkt. No. 37). Q&B attorneys prepared the motion to sell the Property to Carie Dabdoub for $125,000.00, and to allocate the proceeds as referenced above. In connection with the sale of the Property, Q&B expended 37.9 hours for which it requests compensation of $11,108.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.6 |
| Sarah K. Baker | 19.9 |
| Eric Veenstra | 13.7 |
| Colleen A. Greer | 2.7 |

## C. GENERAL

10. Q&B attorneys reviewed partnership tax returns and prepared a case status memo for Trustee given the sale of Property owned by a non-debtor entity. In connection with the general representation, Q&B expended .60 hours for which it requests compensation of $195.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | .6 |

QB\21683628.1

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

11.     Since October 18, 2011, Q&B has devoted 44.2 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $13,683.00

12.     While representing Trustee, Q&B expended $159.40 photocopying ($.10 per page) for service of the motion to sell the Property and UPS charges. Q&B respectfully requests to be compensated for these reasonable and necessary costs. Attached as **Exhibit B** is a breakdown of the costs.

13.     Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

14.     Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A.      Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $13,683.00 for actual, necessary and valuable professional services rendered;

B.      Authorizing reimbursement of $159.40 in reasonable and necessary costs incurred in the administration of this case; and

C.      For such other and further relief as this Court may deem equitable and just.

>                          Respectfully submitted,
>
>                          By:   /s/Philip V. Martino
>                                Trustee
>                          Philip V. Martino
>                          Sarah K. Baker
>                          QUARLES & BRADY LLP
>                          300 North LaSalle Street, Suite 4000
>                          Chicago, IL  60654
>                          (312) 715-5000

4

QB\21683628.1

**Quarles & Brady LLP**

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 1856616 |
| Invoice Date: | June 28, 2013 |

Privileged & Confidential

Philip V. Martino as Trustee for Vitale
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through June 28, 2013
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 145999.00003

| | | |
|---|---|---|
| Current Fees: | $ | 1,815.50 |
| Current Total Due: | $ | 1,815.50 |
| **TOTAL AMOUNT DUE:** | **$** | **1,815.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Vitale, Joseph and Joanna, Chapter 7 Bankruptcy     June 28, 2013
RE: Professional Retention Chapter 7 Bankruptcy     Invoice Number: 1856616
Q & B Matter Number: 145999.00003     Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 10/19/11 | Review and revise retention motion and related documents. | PMARTINO | 0.20 |
| 10/19/11 | Prepare draft of motion to retain Q&B as attorney for Trustee (.4). | CGREER | 0.40 |
| 10/20/11 | Review conflicts search results. | PMARTINO | 0.20 |
| 10/21/11 | Prepare draft motion to retain trustee's accountant (.5). | CGREER | 0.50 |
| 11/01/11 | Attend hearing re: retention motions. | SBAKER | 1.20 |
| 06/24/13 | Prepare draft of final fee application for Q&B (.4); prepare draft of accountant final fee application (.1). | CGREER | 0.50 |
| 06/25/13 | Revise final fee application and exhibit thereto (1.). | PMARTINO | 1.00 |
| 06/27/13 | Review and revise final report (.5); conference with Greer regarding IRS claims classification (.2). | PMARTINO | 0.70 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 2.10 | 562.14 | 1,180.50 |
| SBAKER | Sarah K. Baker | 1.20 | 325.00 | 390.00 |
| CGREER | Colleen A. Greer | 1.40 | 175.00 | 245.00 |
| Total | | 4.70 | | 1,815.50 |

Total Fees:     $     1,815.50

# Quarles & Brady LLP

411 East Wacker Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1856615
Invoice Date: June 28, 2013

Privileged & Confidential

Philip V. Martino as Trustee for Vitale
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through June 28, 2013
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 145999.00005

| | |
|---|---|
| Current Fees: | $ 11,108.00 |
| Current Total Due: | $ 11,108.00 |
| **TOTAL AMOUNT DUE:** | **$ 11,108.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

| | | | |
|---|---|---|---|
| Philip V. Martino as Trustee for Vitale, Joseph and Joanna, Chapter 7 Bankruptcy | | | June 28, 2013 |
| RE: Assets Chapter 7 Bankruptcy | | | Invoice Number: 1856615 |
| Q & B Matter Number: 145999.00005 | | | Page 2 |

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 10/18/11 | Review documents re: Bartlett Condominium. Vitale Chapter 7 Bankruptcy. | SBAKER | 0.40 |
| 10/18/11 | Draft letter to DiMzsino and C. Levin re: sale of Bartlett Condominium. | SBAKER | 1.40 |
| 10/26/11 | Telephone call with J. Early re: sale of condominium. | SBAKER | 0.20 |
| 10/31/11 | Review motions in preparation of hearing. | SBAKER | 0.80 |
| 10/31/11 | Telephone call with J. Early re: Bartlett condominium. | SBAKER | 0.20 |
| 10/31/11 | Draft email re: telephone call with J. Early. | SBAKER | 0.10 |
| 11/01/11 | Telephone call with J. Early re: sale of condominium. | SBAKER | 0.10 |
| 11/08/11 | Telephone call with J. Early re: sale of condominium. | SBAKER | 0.10 |
| 11/22/11 | Revise letter to J. Early re: Bartlett condominium. | SBAKER | 0.20 |
| 11/30/11 | Telephone call with J. Early re: Bartlett condominium. | SBAKER | 0.20 |
| 11/30/11 | Draft email re: Bartlett condominium. | SBAKER | 0.20 |
| 12/01/11 | Telephone call with J. Early re: Bartlett Condominium. | SBAKER | 0.20 |
| 12/02/11 | Telephone call with J. Early re: realtors. | SBAKER | 0.10 |
| 12/20/11 | Draft correspondence re: case updates and consent to sell property. | SBAKER | 0.20 |
| 12/22/11 | Review documents provided by J. Early regarding Limited Partnership interest in condominium. | SBAKER | 0.60 |
| 01/10/12 | Draft correspondence to J. Early re: sale of condominium. | SBAKER | 0.50 |
| 01/10/12 | Review correspondence from J. Early. | SBAKER | 0.10 |
| 01/12/12 | Prepare motion to retain Early's choice for real estate agent and affidavit for same (.6). | CGREER | 0.60 |
| 01/19/12 | Draft correspondence to J. Early re: realtor. | SBAKER | 0.20 |
| 01/19/12 | Telephone call with J. Early re: realtors. | SBAKER | 0.20 |
| 01/31/12 | Draft correspondence to J. Early re: realtors. | SBAKER | 0.20 |
| 02/14/12 | Review email from P. Martino regarding condominium access. | SBAKER | 0.10 |
| 02/21/12 | Prepare and send Affidavit to Mike Spejcher with schedules in preparation for hiring as real estate agent (.4); prepare draft motion to retain Mike Spejcher as real estate agent (.6). | CGREER | 1.00 |
| 02/22/12 | Review correspondence regarding discovery and respond thereto. | SBAKER | 0.20 |

Philip V. Martino as Trustee for Vitale, Joseph and and Joanna, Chapter 7 Bankruptcy  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 145999.00005

June 28, 2013  
Invoice Number: 1856615  
Page 3

| Date | Description | Professional | Hours |
|---|---|---|---|
| 02/23/12 | Review e-mail correspondence from C. Green regarding motion to retain realtor. | SBAKER | 0.20 |
| 02/23/12 | Revise broker retention agreement (.2); e-mail to broker regarding same (.1). | PMARTINO | 0.30 |
| 02/24/12 | Review Motion to Retain Realtor. | SBAKER | 0.20 |
| 03/19/12 | Review motion to retain real estate agent. | SBAKER | 0.20 |
| 03/20/12 | Attend hearing regarding retention of real estate agent. | SBAKER | 1.00 |
| 04/25/12 | Review contract and revise Rider to same (.5); e-mail to co-owner and broker regarding bankruptcy approval process (.2); conference with Attorney Early regarding same (.2). | PMARTINO | 0.90 |
| 04/25/12 | Review correspondence regarding sale of condominium. | SBAKER | 0.40 |
| 04/26/12 | Draft motion to sell real estate (.4). | CGREER | 0.40 |
| 04/26/12 | Begin draft of motion to sell condominium. | SBAKER | 1.00 |
| 04/26/12 | E-mails to/from Early and broker regarding comments to Rider, K-1, distribution of proceeds. | PMARTINO | 0.40 |
| 04/27/12 | Revise sale motion and order. | SBAKER | 1.10 |
| 04/27/12 | Work on rider for sale contract (.4). | CGREER | 0.40 |
| 04/30/12 | Review correspondence from Purchaser's counsel regarding sale contract rider. | SBAKER | 0.10 |
| 04/30/12 | Revise sale motion and order. | SBAKER | 0.50 |
| 04/30/12 | Review correspondence regarding sale of condominium. | SBAKER | 0.10 |
| 05/02/12 | Review motion to sell condominium. | SBAKER | 0.50 |
| 05/02/12 | Draft email to J. Early regarding motion to vacate condominium. | SBAKER | 0.10 |
| 05/02/12 | Review correspondence from T. Hought regarding condominium sale. | SBAKER | 0.20 |
| 05/02/12 | Telephone call with M. Spejcher regarding sales contract. | SBAKER | 0.30 |
| 05/02/12 | Review Illinois statutes regarding sale of condominiums. | SBAKER | 0.60 |
| 05/03/12 | Telephone call with M. Spejcher regarding sale of condo. | SBAKER | 0.20 |
| 05/03/12 | Telephone call with T. Haught regarding sale of condominium. | SBAKER | 0.20 |
| 05/03/12 | Telephone call with J. Early regarding sale of condominium. | SBAKER | 0.20 |
| 05/03/12 | Review 22.1 disclosure form for condominium sales. | SBAKER | 0.20 |

Philip V. Martino as Trustee for Vitale, Joseph and Joanna, Chapter 7　　June 28, 2013
Bankruptcy
RE: Assets Chapter 7 Bankruptcy　　　　　　　　　　　　　　　　Invoice Number: 1856615
Q & B Matter Number: 145999.00005　　　　　　　　　　　　　　Page 4

| Date | Description | Professional | Hours |
|---|---|---|---|
| 05/04/12 | Draft correspondence to K. May regarding 22.10 condominium disclosures. | SBAKER | 0.40 |
| 05/04/12 | Telephone call with K. May regarding 22.1 disclosures. | SBAKER | 0.20 |
| 05/10/12 | Review and respond to emails from T. Haught regarding sale of condominium. | SBAKER | 0.30 |
| 05/10/12 | Draft email to J. Early regarding tax assessments. | SBAKER | 0.20 |
| 05/10/12 | Draft emails to M. Spejcher regarding sale of condominium. | SBAKER | 0.30 |
| 05/14/12 | Draft correspondence to T. Haught regarding condominium documents. | SBAKER | 0.40 |
| 05/15/12 | Draft email to J. Early regarding condominium assessments. | SBAKER | 0.20 |
| 05/23/12 | Attend sale hearing. | SBAKER | 1.10 |
| 05/29/12 | Draft email to M. Spejcher regarding sale of condominium. | SBAKER | 0.10 |
| 05/29/12 | Draft email to J. Early regarding sale of condominium. | SBAKER | 0.20 |
| 05/29/12 | Telephone call with Delilah regarding closing on sale of condominium. | SBAKER | 0.20 |
| 05/29/12 | Review emails from P. Martino regarding special warranty deeds. | SBAKER | 0.20 |
| 05/30/12 | Confer with S. Baker regarding sale. | EVEENSTR | 0.30 |
| 05/30/12 | Telephone call with J. Early regarding closing of condominium sale. | SBAKER | 0.20 |
| 05/30/12 | Telephone call with P. Martino regarding closing of condominium sale. | SBAKER | 0.20 |
| 05/30/12 | Draft email to M. Lipinski regarding answer to complaint. | SBAKER | 0.10 |
| 05/30/12 | Telephone call with E. Veenstra regarding sale of condominium. | SBAKER | 0.20 |
| 05/30/12 | Draft emails to T. Haught regarding sale of condominium. | SBAKER | 0.20 |
| 05/31/12 | Review and respond to emails from P. Martino regarding condominium sale. | SBAKER | 0.20 |
| 05/31/12 | Review and respond to email from J. Early regarding closing of condominium sale. | SBAKER | 0.20 |
| 06/01/12 | Telephone call to M. Spejcher regarding closing and condominium estoppel. | EVEENSTR | 0.20 |
| 06/01/12 | Telephone call to buyer's counsel regarding title commitment and closing. | EVEENSTR | 0.40 |

Philip V. Martino as Trustee for Vitale, Joseph and Joanna, Chapter 7     June 28, 2013
Bankruptcy
RE: Assets Chapter 7 Bankruptcy     Invoice Number: 1856615
Q & B Matter Number: 145999.00005     Page 5

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 06/01/12 | Review correspondence regarding extension of condominium closing date. | SBAKER | 0.10 |
| 06/01/12 | Draft emails to J. Early regarding extension of closing date. | SBAKER | 0.40 |
| 06/04/12 | Correspond with J. Costie regarding survey and water bill [0.1]; telephone call with attorney G. Weems regarding closing [0.2]; review draft closing documents [0.2]. | EVEENSTR | 0.50 |
| 06/05/12 | Review title commitment and requirements with respect to sale of Bartlett, Illinois condominium (.9); telephone call with attorney J. Early regarding company documents (.2); telephone call with Village of Bartlett regarding local transfer tax stamps (.3); draft closing documents (3.4). | EVEENSTR | 4.80 |
| 06/05/12 | Telephone call with J. Early regarding closing on condominium. | SBAKER | 0.30 |
| 06/06/12 | Finalize draft closing documents (1.3); work through title requirements (.2); telephone call with G. Johnson at Chicago Title regarding prior taxes (.4). | EVEENSTR | 1.90 |
| 06/06/12 | Review emails from T. Haught regarding closing of condominium sale. | SBAKER | 0.20 |
| 06/07/12 | Draft closing statement (0.8); telephone call with attorney J. Early regarding closing (.3); telephone call with attorney T. Haught regarding closing (.3); telephone call with Chicago Title regarding HUD-1 (.2); work on final closing matters (1.0); coordinate acquisition of physical transfer tax stamps (.2); revise closing statement to reflect additional broker fees (.1). | EVEENSTR | 2.90 |
| 06/08/12 | Coordinate delivery of original power of attorney and other closing documents by J. Early (.2); draft closing instruction letter (.8); confer with Chicago Title regarding closing (.2)l confer with J. Early regarding fees payable at closing (.2). | EVEENSTR | 1.80 |
| 06/11/12 | Review and revise HUD-1; coordinate closing. | EVEENSTR | 0.90 |
| 06/19/12 | Prepare draft of Report of Sale (.3). | CGREER | 0.30 |

Philip V. Martino as Trustee for Vitale, Joseph and Joanna, Chapter 7 Bankruptcy  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 145999.00005

June 28, 2013  
Invoice Number: 1856615  
Page 6

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 1.60 | 550.00 | 880.00 |
| EVEENSTR | Eric R. Veenstra | 13.70 | 240.00 | 3,288.00 |
| SBAKER | Sarah K. Baker | 19.90 | 325.00 | 6,467.50 |
| CGREER | Colleen A. Greer | 2.70 | 175.00 | 472.50 |
| Total | | 37.90 | | 11,108.00 |

Total Fees: $ 11,108.00

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   1856614
Invoice Date:     June 28, 2013

Privileged & Confidential

Philip V. Martino as Trustee for Vitale
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through June 28, 2013
Re: General including costs Chapter 7 Bankruptcy
Q & B Matter Number: 145999.00006

| | | |
|---|---|---|
| Current Fees: | $ | 195.00 |
| Current Total Due: | $ | 195.00 |
| **TOTAL AMOUNT DUE:** | **$** | **195.00** |

EXHIBIT A(3)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Vitale, Joseph and Joanna, Chapter 7 Bankruptcy  
RE: General including costs Chapter 7 Bankruptcy  
Q & B Matter Number: 145999.00006

June 28, 2013  
Invoice Number: 1856614  
Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 10/26/11 | Draft email to P. Martino re: case status. | SBAKER | 0.20 |
| 04/24/12 | Review partnership tax returns. | SBAKER | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.60 | 325.00 | 195.00 |
| Total |  | 0.60 |  | 195.00 |

Total Fees:    $    195.00

# Quarles & Brady LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1856618
Invoice Date: June 28, 2013

Privileged & Confidential

Philip V. Martino as Trustee for Vitale
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through January 01, 2000
Re: General including costs Chapter 7 Bankruptcy
Q & B Matter Number: 145999.00006

| | | |
|---|---|---:|
| Current Disbursements: | $ | 159.40 |
| Current Total Due: | $ | 159.40 |
| **TOTAL AMOUNT DUE:** | **$** | **159.40** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

| | | |
|---|---|---|
| Philip V. Martino as Trustee for Vitale, Joseph and Joanna, Chapter 7 Bankruptcy | | June 28, 2013 |
| RE: General including costs Chapter 7 Bankruptcy | | Invoice Number: 1856618 |
| Q & B Matter Number: 145999.00006 | | Page 2 |

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 06/26/12 | United Parcel Service of America Inc. Delivery to Thomas Haught 6/8/12 | $ | 51.40 |
| | Copy charges | | 108.00 |
| | Total Disbursements: | $ | 159.40 |
| | Total Fees and Disbursements: | $ | 159.40 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate through 2011 was $525.00; his hourly billing rate for fiscal year 2012 was $550.00; and his current hourly billing rate is $565.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her fiscal year 2012 hourly billing rate was $325.00; her current hourly billing rate is $345.00.

**Eric Veenstra** was an associate in the Q&B real estate group in Chicago. He received is B.A. from Brigham Young University in 2003, and his JD from the university of Michigan in 2006. Mr. Veenstra is a member of the Illinois and Florida bars. Mr. Veenstra's 2012 hourly billing rate was $240.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 22 years. Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS**       )
                            ) SS
**COUNTY OF COOK**          )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtors.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.