UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 11-36600 |
| **JOSEPH VITALE AND JOANNA VITALE**, | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtors. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION OF FEES OF
POPOWCER KATTEN, LTD., ACCOUNTANTS**

Trustee, Philip V. Martino, through his attorneys, moves this Court pursuant to 11 U.S.C. § 330, for authority to pay $984.00 to Popowcer Katten, Ltd. ("**Popowcer**") for 4.1 hours of services rendered.

In support of this First and Final Application, Trustee states as follows:

**I. COMMENCEMENT OF PROCEEDING**

1. On September 7, 2011, Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case.

2. The Meeting of Creditors was held on October 5, 2011.

3. Debtors' schedules reflect a one-third ownership in a non-debtor entity that owned real estate located at 267 East Railroad Avenue, Unit 308, Bartlett, Illinois 60103 (the "**Property**") that could possibly benefit the unsecured creditors in this bankruptcy. Per Debtors' schedules, the property was worth $150,000.00 and was not subject to a mortgage. That information was confirmed at the 341 meeting.

4. On November 1, 2011, this Court entered an order allowing Trustee to retain Lois West and Popowcer Katten, Ltd. as his accountants.

5. The Trustee currently holds approximately $43,830.83 in his account for this estate.

      6.    All professional services for which compensation is requested herein were performed by Popowcer and on behalf of the Trustee and not for or on behalf of any creditor or any other person.  Popowcer prepared the Federal and Illinois tax returns for the year ended December 31, 2012.  An itemized breakdown of services rendered is attached as **Exhibit A**.

      7.    This is Popowcer's first and final fee application.

**WHEREFORE**, Philip V. Martino, as Trustee, requests the entry of an order:

      A.    Authorizing to Popowcer compensation in this bankruptcy proceeding in the amount of $984.00 for 4.1 hours of services rendered.

      B.    Authorizing and directing Trustee to remit payment to Popowcer in the amount requested above; and

      D.    For such other and further relief as this Court may deem equitable and just.

      Respectfully submitted,

      **PHILIP V. MARTINO, as Trustee**

      By: /s/ Philip V. Martino
          Philip V. Martino, Trustee

Philip V. Martino
Sarah K. Baker
**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

Invoice No. 26489



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Joseph Vitale  (11-36600)
- c/o Philip Martino, Trustee
- Quarles & Brady
- 300 N. LaSalle Street, Suite 4000
- Chicago, IL 60654

**Date:** June 25, 2013    **Account No.:** MAW15051L

For Professional Services Rendered:

For accounting and tax services rendered for the period April 13, 2013 through June 11, 2013 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2012 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|            | Title                 | Hours | Rate   | Amount    |
|------------|-----------------------|-------|--------|-----------|
| L. West    | Bankruptcy Specialist | 4.1   | $240.  | $ 984.00  |
|            | Total:                | 4.1   |        | $ 984.00  |

ESTATE OF JOSEPH VITALE (11-36600)

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 4/13/2013 | Tax Return Preparation - Prepare extension request - form 7004 for 2012 return - waiting for K-1. | 0.3 | L. West | $240 | 72.00 |
| 6/11/2013 | Tax Return Preparation - Prepare workpapers and federal and state fiduciary returns for 12/31/12. Enter K-1 activity for sale of condo. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required. | 3.5 | L. West | $240 | 840.00 |
| 6/11/2013 | Tax Review - Final review - check assembly and sign returns for 12/31/12 - forms 1041/1040 and IL-1041/IL-1040. | 0.3 | L. West | $240 | 72.00 |
| | Total | 4.1 | | | 984.00 |