JACQUELINE P. COX
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  **DISTRICT OF**  ILLINOIS
CHICAGO  **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| VITALE, JOSEPH | § | Case No. 11-36600 |
| VITALE, JOANNA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/22/2013 in Courtroom 680,
United States Courthouse
219 South Dearborn
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/24/2013          By: Clerk of the Bankruptcy Court
                                      Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
VITALE, JOSEPH § Case No. 11-36600
VITALE, JOANNA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 59,096.72 |
| and approved disbursements of | $ | 15,265.89 |
| leaving a balance on hand of[1] | $ | 43,830.83 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 6,204.84 | $ 0.00 | $ 6,204.84 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 14,783.00 | $ 0.00 | $ 14,783.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 159.40 | $ 0.00 | $ 159.40 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 984.00 | $ 0.00 | $ 984.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 22,131.24 |
| Remaining Balance | | $ | 21,699.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 44,472.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of the Treasury | $ 17,653.37 | $ 0.00 | $ 8,613.61 |
| 000006 | Illinois Department of Revenue | $ 4,821.12 | $ 0.00 | $ 2,352.37 |
| 000007 | Illinois Department of Revenue | $ 21,998.25 | $ 0.00 | $ 10,733.61 |

Total to be paid to priority creditors       $       21,699.59

Remaining Balance        $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 121,975.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ 4,460.68 | $ 0.00 | $ 0.00 |
| 000002B | Department of the Treasury | $ 85,905.32 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Porter Pipe & Supply Co | $ 3,694.09 | $ 0.00 | $ 0.00 |
| 000004 | Temperature Equipment Corp, | $ 19,149.04 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 620.34 | $ 0.00 | $ 0.00 |
| 00006B | Illinois Department of Revenue | $ 1,168.66 | $ 0.00 | $ 0.00 |
| 00007B | Illinois Department of Revenue | $ 6,976.90 | $ 0.00 | $ 0.00 |

                    Total to be paid to timely general unsecured creditors      $            0.00

                    Remaining Balance                                            $            0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                         Prepared By: /s/Philip V. Martino
                                                      Trustee

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-36600-JPC
Joseph Vitale                                                       Chapter 7
Joanna Vitale
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 3           Date Rcvd: Jul 25, 2013
                              Form ID: pdf006         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2013.
```
db/jdb     +Joseph Vitale,   Joanna Vitale,    4517 N. Osage,    Norridge, IL 60706-4428
aty        +Quarles & Brady LLP,    300 North LaSalle Street,    Suite 4000,    Chicago, IL 60654-5427
17770201   +AT&T Universal Card,    Acct # -5578,    Processing Center,   Des Moines IA 50363-0001
17770199   +Able Distributors,    Acct #-ITAL,    2859 Central Street PMB 144,    Evanston IL 60201-1234
17770203    Bank of America,    Acct #-6409,   PO Box 15710,    Wilmington DE 19886-5710
17770202    Bank of America,    Acct #-1855,   PO Box 650070,    Dallas TX 75265-0070
17770204    Best Buy,   Acct #-6224,    PO Box 17298,    Baltimore MD 21297-1298
17770205   +Chase,   Acct #-4130,    PO Box 15153,    Wilmington DE 19850-5153
18046666    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17770206    Chase Bank-Slate,    Acct #-4130,   PO Box 15153,    Wilmington DE 19886-5153
17770207    DEX Yellow Pages,    Acct #-7347,   PO Box 660835,    Dallas TX 75266-0835
17770221    Dreisilker Electric Motors,    Acct #-6803,    352 Roosevelt Road,   Glen Ellyn IL 60137-5646
17770222    Ford Motor Company,    Acct #-2938,    PO Box 790093,    St Louis MO 63179-0093
17770223   +G & O Thermal Supply,    Acct #-ITAL,    5435 N. Northwest Hwy,    Chicago IL 60630-1132
17770224    GW Berkheimer Co Inc.,    Acct #-8091,    6000 Southport Road,   Portage IL 46368-6405
17770225   +HSBC Bank NA,   Acct #-4779,    PO Box 14895,    Chicago IL 60614-8542
17770226   +Illinois Department of Employment Security,     Acct # -8921,    33 S State Street,
             Chicago  IL 60603-2808
18135154    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
17770232    Illinois Department of Revenue,    Acct #-1074,    Springfield IL 62794-9007
17770243   +Innovative Merchant Solutions,    Acct #Vitale,    21215 Burbank Blvd Ste 100,
             Woodland Hills  CA 91367-6607
17770244    Internal Revenue Service,    Acct #-1074,   Cincinnati OH 459999
17770250   +Menards,   Acct #-4779,    PO Box 4160,    Carol Stream IL 60197-4160
17770251   +Munchs Supply Co,    Acct #-2460,    1901 Ferro Drive,    New Lenox IL 60451-3505
17770253   +Plaza Bank,   Acct #-9921,    7460 W Irving Park Rd,    Norridge IL 60706-2141
17770252   +Plaza Bank,   Acct #Vitale,    7460 W Irving Park Rd,    Norridge IL 60706-2141
17770255   +St. Eugene School,    Acct #-tale,    7930 W. Foster Avenue,    Chicago IL 60656-1651
17770256    TEK Collect,   Acct #-8810,    PO Box 26390,    Columbus OH 43226
17770257   +Teller, Levit & Silvertrust PC,    Acct #-VITALE,    11 East Adams St Ste 800,
             Chicago  IL 60603-6324
17770258   +Temperature Equipment Corp,,    a corporation,    Teller, Levit & Silvertrust, PC,
             11 E Adams St, #800,    Chicago, IL 60603-6324
17770259   +WL Engler Distributing INc,    Acct #VIT1,    1035 N Throop ST,    Chicago IL 60642-4028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17770200     E-mail/Text: bkr@cardworks.com Jul 26 2013 00:54:55     Advanta Bank Card,   Acct #-2892,
              PO Box 30715,    Salt Lake City UT 84130-0715
17770209     E-mail/Text: cio.bncmail@irs.gov Jul 26 2013 00:52:03     Department of the Treasury,   IRS,
              PO Box 7346,    Philadelphia, PA 19101-7346
17770208     E-mail/Text: cio.bncmail@irs.gov Jul 26 2013 00:52:03     Department of the Treasury,
              Acct #-8921,    Internal Revenue Service,   Cincinnati OH 45999-0046
17961402    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2013 00:53:33      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17770260    +E-mail/Text: scd_bankruptcynotices@grainger.com Jul 26 2013 00:56:14      WW Grainger,
              Acct # -5574,    3240 Mannheim Road,    Franklin Park IL 60131-1532
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17770210*     Department of the Treasury,    Acct #-8921,    Internal Revenue Service,
               Cincinnati  OH  45999-0046
17770211*     Department of the Treasury,    Acct #-8921,    Internal Revenue Service,
               Cincinnati  OH  45999-0046
17770212*     Department of the Treasury,    Acct #-8921,    Internal Revenue Service,
               Cincinnati  OH  45999-0046
17770220*     Department of the Treasury,    Acct #-8921,    Internal Revenue Service,
               Cincinnati  OH  45999-0046
17770213*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,    Acct #-8921,   Internal Revenue Service,
               Cincinnati  OH  45999-0005)
17770214*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,    Acct #-8921,   Internal Revenue Service,
               Cincinnati  OH  45999-0005)
17770215*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,    Acct #-8921,   Internal Revenue Service,
               Cincinnati  OH  45999-0005)
17770216*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,    Acct #-8921,   Internal Revenue Service,
               Cincinnati  OH  45999-0005)
```

```
District/off: 0752-1            User: acox                  Page 2 of 3                   Date Rcvd: Jul 25, 2013
                                Form ID: pdf006             Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****
17770217*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Department of the Treasury,    Acct #-8921,   Internal Revenue Service,
                 Cincinnati OH  45999-0005)
17770218*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Department of the Treasury,    Acct #-8921,   Internal Revenue Service,
                 Cincinnati OH  45999-0005)
17770219*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Department of the Treasury,    Acct #-8921,   Internal Revenue Service,
                 Cincinnati OH  45999-0005)
17770227*      +Illinois Department of Employment Security,    Acct # -8921,   33 S State Street,
                 Chicago   IL 60603-2808
17770228*      +Illinois Department of Employment Security,    Acct # -8921,   33 S State Street,
                 Chicago   IL 60603-2808
17770229*      +Illinois Department of Employment Security,    Acct # -8921,   33 S State Street,
                 Chicago   IL 60603-2808
17770230*      +Illinois Department of Employment Security,    Acct # -8921,   33 S State Street,
                 Chicago   IL 60603-2808
17770231*      +Illinois Department of Employment Security,    Acct # -8921,   33 S State Street,
                 Chicago   IL 60603-2808
17770233*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9007
17770234*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9007
17770235*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9007
17770236*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9007
17770237*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9007
17770238*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9008
17770239*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9008
17770240*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9008
17770241*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9008
17770242*       Illinois Department of Revenue,   Acct #-1074,    Springfield IL 62794-9008
17770245*       Internal Revenue Service,   Acct #-1074,    Cincinnati   OH   459999
17770246*       Internal Revenue Service,   Acct #-1074,    Cincinnati   OH   459999
17770247*       Internal Revenue Service,   Acct #-1074,    Cincinnati   OH   459999
17770248*       Internal Revenue Service,   Acct #-1074,    Cincinnati   OH   459999
17770249*       Internal Revenue Service,   Acct #-1074,    Cincinnati   OH   459999
17770254     ##+Porter Pipe & Supply Co,   303 S. Rohlwing Road,    Addison, IL 60101-3029
                                                                                         TOTALS: 0, * 31, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: acox              Page 3 of 3              Date Rcvd: Jul 25, 2013
                              Form ID: pdf006         Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2013 at the address(es) listed below:

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Philip V Martino, ESQ   on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com, pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
        Philip V Martino, ESQ   philip.martino@quarles.com, pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
        Reid A. Stiefel   on behalf of Joint Debtor Joanna  Vitale reidlawyer@msn.com
        Reid A. Stiefel   on behalf of Debtor Joseph  Vitale reidlawyer@msn.com
        Sarah  Baker   on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com, milli.zukowsky@quarles.com

                                                                                                                                                      TOTAL: 6