JACQUELINE P. COX
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VITALE, JOSEPH | § | Case No. 11-36600 |
| VITALE, JOANNA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-36600 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- | --- |
| Case Name: | VITALE, JOSEPH | | | Date Filed (f) or Converted (c): | 09/07/11 (f) |
| | VITALE, JOANNA | | | 341(a) Meeting Date: | 10/05/11 |
| For Period Ending: | 06/28/13 | | | Claims Bar Date: | 01/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - PERSONAL BANK OF AMERICA A/C -5 | 25.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - PERSONAL BANK OF AMERICA A/C -1 | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - PERSONAL PNC BANK PITTSBURGH PA | 500.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE LOCATION: IN DEBTOR'S POSSESSION | 500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING LOCATION: IN DEBTOR'S POSSESSION | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 401(K) - RETIREMENT ACCOUNT MASS MUTUAL FINANCIAL | 7,268.15 | 0.00 | | 0.00 | FA |
| 7. 1/3 EQUTABLE INTEREST IN LMV INVESTMENT GROUP LLC | 50,000.00 | 0.00 | | 125,000.00 | FA |
| 8. VEHICLE - CAR 2003 BMW 325I VIN WBAET 37483NJ36596 | 9,800.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLE - TRUCK 2008 FORD F150 VIN 1FTPW14V28FA762 | 15,950.00 | 0.00 | | 0.00 | FA |
| 10. COMPUTERS AND OFFICE SUPPLIES LOCATION: IN DEBTOR' | 500.00 | 0.00 | | 0.00 | FA |
| 11. ELECTRONICS LOCATION: IN DEBTOR'S POSSESSION | 500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $86,143.15 | $0.00 | | $125,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 06/30/13

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                       Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-36600 JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | VITALE, JOSEPH | | Bank Name: | Congressional Bank |
| | VITALE, JOANNA | | Account Number / CD #: | *******7417 Congressional Bank Checking Account |
| Taxpayer ID No: | *******9371 | | | |
| For Period Ending: | 06/28/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 06/18/12 | 7 | Chicago Title and Trust | | 44,050.59 | | 44,050.59 |
| | | | Memo Amount: 125,000.00 | | | |
| | | | Sale of Real Estate | | | |
| | | MICHAEL SPEJCHER | Memo Amount: ( 6,500.00 ) | | | |
| | | | Real Estate Agent Commission | | | |
| | | CHICAGO TITLE TO DISBURSE | Memo Amount: ( 5,518.71 ) | | | |
| | | | Real Estate Tax Credit | | | |
| | | TITLE INSURANCE, TRANSFER TAXES, ET | Memo Amount: ( 3,027.42 ) | | | |
| | | | Miscellaneous Closing Costs | | | |
| | | CHARLES LEVIN/DAVE MASINO | Memo Amount: ( 65,903.28 ) | | | |
| | | | Payment to co-owners | | | |
| 02/14/13 | 003001 | International Sureties, Ltd. | Bond #016026455 Pro Rata Share | | 39.07 | 44,011.52 |
| 03/08/13 | | Congressional Bank | Bank Charges | | 42.24 | 43,969.28 |
| 04/22/13 | | Congressional Bank | Bank Charges | | 46.70 | 43,922.58 |
| 05/09/13 | | Congressional Bank | Bank Charges | | 45.16 | 43,877.42 |
| 06/04/13 | | Congressional Bank | Bank Charges | | 46.59 | 43,830.83 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 125,000.00 | COLUMN TOTALS | 44,050.59 | 219.76 | 43,830.83 |
| Memo Allocation Disbursements: | 80,949.41 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 44,050.59 | 219.76 | |
| Memo Allocation Net: | 44,050.59 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 44,050.59 | 219.76 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 125,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 80,949.41 | Congressional Bank Checking Account - *******7417 | 44,050.59 | 219.76 | 43,830.83 |
| | | | ---------------- | ---------------- | ---------------- |
| Total Memo Allocation Net: | 44,050.59 | | 44,050.59 | 219.76 | 43,830.83 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 44,050.59 | 219.76 | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-36600   JPC | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | VITALE, JOSEPH | Bank Name: | Congressional Bank |
|  | VITALE, JOANNA | Account Number / CD #: | *******7417  Congressional Bank Checking Account |
| Taxpayer ID No: | *******9371 |  |  |
| For Period Ending: | 06/28/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Congressional Bank Checking Account - ********7417        Transfers)        To Debtors)        On Hand

Page Subtotals        0.00        0.00

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: August 22, 2013 |

Case Number: 11-36600  
Debtor Name: VITALE, JOSEPH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $13,842.40 | $0.00 | $13,842.40 |
| 001<br>3410-00 | Popowcer Katten, Ltd. | Administrative | | $984.00 | $0.00 | $984.00 |
| 000002A<br>040<br>5200-00 | Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $17,653.37 | $0.00 | $17,653.37 |
| 000006<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $4,821.12 | $0.00 | $4,821.12 |
| 000007<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $21,998.25 | $0.00 | $21,998.25 |
| 000001<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $4,460.68 | $0.00 | $4,460.68 |
| 000002B<br>070<br>7100-00 | Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $85,905.32 | $0.00 | $85,905.32 |
| 000003<br>070<br>7100-00 | Porter Pipe & Supply Co<br>303 S. Rohlwing Road<br>Addison, IL 60101 | Unsecured | | $3,694.09 | $0.00 | $3,694.09 |
| 000004<br>070<br>7100-00 | Temperature Equipment Corp,<br>a corporation<br>Teller, Levit & Silvertrust, PC<br>11 E Adams St, #800<br>Chicago, IL 60603 | Unsecured | | $19,149.04 | $0.00 | $19,149.04 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $620.34 | $0.00 | $620.34 |
| 00006B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Unsecured | | $1,168.66 | $0.00 | $1,168.66 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 22, 2013 |

Case Number:  11-36600  
Debtor Name:  VITALE, JOSEPH  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 00007B 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $6,976.90 | $0.00 | $6,976.90 |
| | Case Totals: | | | $181,274.17 | $0.00 | $181,274.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-36600
Case Name: VITALE, JOSEPH
     VITALE, JOANNA
Trustee Name: PHILIP V. MARTINO

  Balance on hand                     $_____

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses     $_____

  Remaining Balance                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of the Treasury | $ | $ | $ |
| 000006 | Illinois Department of Revenue | $ | $ | $ |
| 000007 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors                         $_____

Remaining Balance                                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ | $ | $ |
| 000002B | Department of the Treasury | $ | $ | $ |
| 000003 | Porter Pipe & Supply Co | $ | $ | $ |
| 000004 | Temperature Equipment Corp, | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 00006B | Illinois Department of Revenue | $ | $ | $ |
| 00007B | Illinois Department of Revenue | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE