JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
VITALE, JOSEPH § Case No. 11-36600
VITALE, JOANNA §
§
§
_____Debtor(s)_____ §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/PHILIP V. MARTINO_____
                                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Ford Motor Credit PO Box 790093 St. Louis MO 63179-0093 |  |  |  |  |  |
|  | Creditor # : 2 Plaza Bank PO Box 388439 Chicago IL 60638-8439 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CHICAGO TITLE TO DISBURSE | | | | | |
| TITLE INSURANCE, TRANSFER TAXES, ET | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| MICHAEL SPEJCHER | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0046 | | | | | |
| | Creditor # :10 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :11 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0005 | | | | | |
| | Creditor # :12 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0005 | | | | | |
| | Creditor # :13 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0005 | | | | | |
| | Creditor # :14 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0046 | | | | | |
| | Creditor # :15 ILL Dept of Employment Securit 33 S State Street Chicago IL 60603 | | | | | |
| | Creditor # :16 ILL Dept of Employment Securit 33 S State Street Chicago IL 60603 | | | | | |
| | Creditor # :17 ILL Dept of Employment Securit 33 S State Street Chicago IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :18 ILL Dept of Employment Securit 33 S. State Street Chicago IL 60603 | | | | | |
| | Creditor # :19 ILL Dept of Employment Securit 33 S State Street Chicago IL 60603 | | | | | |
| | Creditor # :2 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0005 | | | | | |
| | Creditor # :20 Illinois Department of Revenue Springfield IL 62794-9007 | | | | | |
| | Creditor # :21 Illinois Department of Revenue Springfield IL 62794-9007 | | | | | |
| | Creditor # :22 Illinois Department of Revenue Springfield IL 62794-9007 | | | | | |
| | Creditor # :23 ILL Dept of Employment Securit 33 S State Street Chicago IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :24 Illinois Department of Revenue Springfield IL 62794-9007 | | | | | |
| | Creditor # :25 Illinois Department of Revenue Springfield IL 62794-9008 | | | | | |
| | Creditor # :27 Illinois Department of Revenue Springfield IL 62794-9008 | | | | | |
| | Creditor # :28 Illinois Department of Revenue Springfield IL 62794-9008 | | | | | |
| | Creditor # :29 Illinois Department of Revenue Springfield IL 62794-9008 | | | | | |
| | Creditor # :3 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0046 | | | | | |
| | Creditor # :30 Illinois Department of Revenue Springfield IL 62794-9007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :33 Internal Revenue Service Cincinnati OH 45999 | | | | | |
| | Creditor # :34 Internal Revenue Service Cincinnati OH 45999 | | | | | |
| | Creditor # :35 Internal Revenue Service Cincinnati OH 45999 | | | | | |
| | Creditor # :36 Internal Revenue Service Cincinnati OH 45999 | | | | | |
| | Creditor # :37 Internal Revenue Service Cincinnati OH 45999 | | | | | |
| | Creditor # :4 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0046 | | | | | |
| | Creditor # :5 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0046 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :6 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0046 | | | | | |
| | Creditor # :7 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0005 | | | | | |
| | Creditor # :8 Department of the Treasury Internal Revenue Service Cincinnati OH 45999-0005 | | | | | |
| | Creditor # :9 Department of the Treasury Internal Revnue Service Cincinnati OH 45999-0005 | | | | | |
| 000002A | DEPARTMENT OF THE TREASURY | | | | | |
| 000006 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000007 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Able Distributors 2859 Central Street PMB 144 Evanston IL 60201 | | | | | |
| | Creditor # :10 Dreisilker Electric Motors 352 Roosevelt Road Glen Ellyn IL 60137-5646 | | | | | |
| | Creditor # :11 G & O Thermal Supply 5435 N. Northwest Hwy Chicago IL 60630 | | | | | |
| | Creditor # :12 GW Berkheimer Co Inc. 6000 Southport Road Portage IL 46368-6405 | | | | | |
| | Creditor # :14 Innovative Merchant Solutions 21215 Burbank Blvd Suite 100 Woodward CA 91367 | | | | | |
| | Creditor # :15 Menards PO Box 4160 Carol Stream IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :16 Munch's Supply Co 1901 Ferro Drive New Lenox IL 60451 | | | | | |
| | Creditor # :17 Plaza Bank 7460 W. Irving Park Road Norridge IL 60706 | | | | | |
| | Creditor # :19 St. Eugene School 7930 W. Foster Avenue Chicago IL 60656 | | | | | |
| | Creditor # :2 Advanta Bank Card PO Box 30715 Salt Lake City UT 84130-0715 | | | | | |
| | Creditor # :20 TEK Collect PO Box 26390 Columbus OH 43226 | | | | | |
| | Creditor # :21 Teller, Levit & Silvertrust PC 11 East Adams Street, Ste 800 Chicago IL 60603 | | | | | |
| | Creditor # :23 WL Engler Distributing Inc 1035 N. Throop Street Chicago IL 60642 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :24 WW Grainger 3240 Mannheim Road Franklin Park IL 60131 | | | | | |
| | Creditor # :3 AT & T Universal Card Processing Center Des Moines IA 50363-0000 | | | | | |
| | Creditor # :4 Bank of America PO Box 15710 Wilmington DE 19886-5710 | | | | | |
| | Creditor # :5 Bank of America PO Box 650070 Dallas TX 75265-0070 | | | | | |
| | Creditor # :6 Best Buy PO Box 17298 Baltimore MD 21297-1298 | | | | | |
| | Creditor # :8 Chase Bank-Slate PO Box 15153 Wilmington DE 19886-5153 | | | | | |
| | Creditor # :9 DEX Yellow Pages PO Box 660835 Dallas TX 75266-0835 | | | | | |
| | Representing: AT & T Universal Card | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Dreisilker Electric Motors | | | | | |
| | Representing: HSBC Bank, NA | | | | | |
| | Representing: Innovative Merchant Solutions | | | | | |
| | Representing: Porter Pipe & Supply Co | | | | | |
| | Representing: St. Eugene School | | | | | |
| | Representing: Temperature Equipment Corp | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000002B | DEPARTMENT OF THE TREASURY | | | | | |
| 00006B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 00007B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PORTER PIPE & SUPPLY CO | | | | | |
| 000004 | TEMPERATURE EQUIPMENT CORP, | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-36600 JPC Judge: JACQUELINE P. COX | Trustee Name: PHILIP V. MARTINO |
| Case Name: | VITALE, JOSEPH | Date Filed (f) or Converted (c): 09/07/11 (f) |
| | VITALE, JOANNA | 341(a) Meeting Date: 10/05/11 |
| For Period Ending: | 10/17/13 | Claims Bar Date: 01/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - PERSONAL BANK OF AMERICA A/C -5 | 25.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - PERSONAL BANK OF AMERICA A/C -1 | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - PERSONAL PNC BANK PITTSBURGH PA | 500.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE LOCATION: IN DEBTOR'S POSSESSION | 500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING LOCATION: IN DEBTOR'S POSSESSION | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 401(K) - RETIREMENT ACCOUNT MASS MUTUAL FINANCIAL | 7,268.15 | 0.00 | | 0.00 | FA |
| 7. 1/3 EQUTABLE INTEREST IN LMV INVESTMENT GROUP LLC | 50,000.00 | 0.00 | | 125,000.00 | FA |
| 8. VEHICLE - CAR 2003 BMW 325I VIN WBAET 37483NJ36596 | 9,800.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLE - TRUCK 2008 FORD F150 VIN 1FTPW14V28FA762 | 15,950.00 | 0.00 | | 0.00 | FA |
| 10. COMPUTERS AND OFFICE SUPPLIES LOCATION: IN DEBTOR' | 500.00 | 0.00 | | 0.00 | FA |
| 11. ELECTRONICS LOCATION: IN DEBTOR'S POSSESSION | 500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $86,143.15 | $0.00 | | $125,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 07/31/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-36600 JPC | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | VITALE, JOSEPH | | Bank Name: | Congressional Bank |
| | VITALE, JOANNA | | Account Number / CD #: | *******7417 Congressional Bank Checking Account |
| Taxpayer ID No: | *******9371 | | | |
| For Period Ending: | 10/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 06/18/12 | 7 | Chicago Title and Trust | | 44,050.59 | | 44,050.59 |
| | | | Memo Amount: 125,000.00 | | | |
| | | | Sale of Real Estate | | | |
| | | MICHAEL SPEJCHER | Memo Amount: ( 6,500.00 ) | | | |
| | | | Real Estate Agent Commission | | | |
| | | CHICAGO TITLE TO DISBURSE | Memo Amount: ( 5,518.71 ) | | | |
| | | | Real Estate Tax Credit | | | |
| | | TITLE INSURANCE, TRANSFER TAXES, ET | Memo Amount: ( 3,027.42 ) | | | |
| | | | Miscellaneous Closing Costs | | | |
| | | CHARLES LEVIN/DAVE MASINO | Memo Amount: ( 65,903.28 ) | | | |
| | | | Payment to co-owners | | | |
| 02/14/13 | 003001 | International Sureties, Ltd. | Bond #016026455 Pro Rata Share | | 39.07 | 44,011.52 |
| 03/08/13 | | Congressional Bank | Bank Charges | | 42.24 | 43,969.28 |
| 04/22/13 | | Congressional Bank | Bank Charges | | 46.70 | 43,922.58 |
| 05/09/13 | | Congressional Bank | Bank Charges | | 45.16 | 43,877.42 |
| 06/04/13 | | Congressional Bank | Bank Charges | | 46.59 | 43,830.83 |
| 08/22/13 | 003002 | PHILIP V. MARTINO | Chapter 7 Compensation/Expense | | 6,204.84 | 37,625.99 |
| | | QUARLES & BRADY LLP | | | | |
| | | SUITE 4000 | | | | |
| | | 300 NORTH LASALLE STREET | | | | |
| | | CHICAGO, IL 60654 | | | | |
| 08/22/13 | 003003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 13,842.40 | 23,783.59 |
| 08/22/13 | 003004 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | | 984.00 | 22,799.59 |
| 08/22/13 | 003005 | Department of the Treasury | Claim 000002A, Payment 51.26642% | | 9,050.25 | 13,749.34 |
| | | IRS | (2-1) Modified on 10/27/11 to | | | |
| | | PO Box 7346 | correct creditor's address. (ac) | | | |
| | | Philadelphia, PA 19101-7346 | | | | |
| 08/22/13 | 003006 | Illinois Department of Revenue | Claim 000006, Payment 51.26651% | | 2,471.62 | 11,277.72 |

Page Subtotals 44,050.59 32,772.87

Ver: 17.03a

LFORM2

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-36600 JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | VITALE, JOSEPH | Bank Name: | Congressional Bank |
| | VITALE, JOANNA | Account Number / CD #: | *******7417 Congressional Bank Checking Account |
| Taxpayer ID No: | *******9371 | | |
| For Period Ending: | 10/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/22/13 | 003007 | Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br>Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000007, Payment 51.26644% | | 11,277.72 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | | 125,000.00 | COLUMN TOTALS | 44,050.59 | 44,050.59 | 0.00 |
| Memo Allocation Disbursements: | | 80,949.41 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 44,050.59 | 44,050.59 | |
| Memo Allocation Net: | | 44,050.59 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 44,050.59 | 44,050.59 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | | 125,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | | 80,949.41 | Congressional Bank Checking Account - *******7417 | 44,050.59 | 44,050.59 | 0.00 |
| Total Memo Allocation Net: | | 44,050.59 | | 44,050.59 | 44,050.59 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  11,277.72

LFORM2

Ver: 17.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*